BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
MARK McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YOLANDA CASTRO,<br><br>    Defendant. | Case No.  1:15-CR-00050-LJO-SKO<br><br>**STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT YOLANDA CASTRO** |
|---|---|

WHEREAS, the discovery in this case is expected to contain a large amount of proprietary, personal and confidential information including, but not limited to, Social Security numbers, dates of birth, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

Therefore, Defendant YOLANDA CASTRO, by and through her

Stipulation and Protective Order

1   counsel of record ("Defense Counsel"), and the United States of
2   America, by and through Assistant United States Attorneys
3   Christopher D. Baker and Mark J. McKeon, hereby agree and
4   stipulate as follows:
5       1.   This Court may enter a protective order pursuant to
6   Rule 16(d) of the Federal Rules of Criminal Procedure, and its
7   general supervisory authority.
8       2.   This Order pertains to all discovery provided to or
9   made available to Defense Counsel as part of discovery in this
10  case, and documents produced subsequent to the date of entry of
11  this Order (hereafter, collectively known as the "discovery").
12      3.   By signing this Stipulation and Protective Order,
13  Defense Counsel agrees not to share any documents that contain
14  Protected Information with anyone other than Defense Counsel
15  attorneys, designated defense investigators, and support staff.
16  Defense Counsel may permit the Defendant to view unredacted
17  documents in the presence of her attorney, defense investigators,
18  and support staff.  The parties agree that Defense Counsel,
19  defense investigators, and support staff shall not allow the
20  Defendant to copy or maintain copies of Protected Information
21  contained in the discovery.  The parties agree that Defense
22  Counsel, defense investigators, and support staff may provide the
23  Defendant with copies of documents from which Protected
24  Information has been redacted.
25      4.   The discovery and information therein may be used only
26  in connection with the litigation of this case and for no other
27  purpose.  The discovery is now and will forever remain the
28  property of the United States of America ("Government").  Defense

Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: March __, 2015                BENJAMIN B. WAGNER
                                     United States Attorney


                                By: /s/ Christopher D. Baker
                                    CHRISTOPHER D. BAKER
                                    MARK J. McKEON
                                    Assistant U.S. Attorney


DATED: March __, 2015           By: /s/ Carrie McCreary
                                    CARRIE McCREARY
                                    Attorney for Defendant
                                    YOLANDA CASTRO


IT IS SO ORDERED.

Dated: **March 15, 2015**           **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE